AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LANCE E. DEAVERS,**

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**TIM BUCHANAN, WARDEN,**

CASE NO.  2:12-CV-769
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. A. PRESTON DEAVERS

        Respondent.

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed August 20, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 20, 2013

JOHN P. HEHMAN, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk